AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| MSW Media, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01933 (JEB) |
| U.S. DOGE Service, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs MSW Media, Inc., and First Amendment Coalition                                    .

Date:      06/30/2025

*Attorney's signature*

Kelly McClanahan
*Printed name and bar number*

National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
*Address*

kel@nationalsecuritylaw.org
*E-mail address*

(501) 301-4672
*Telephone number*

(240) 681-2189
*FAX number*