AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| MSW MEDIA, INC. and FIRST AMENDMENT COAL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-1933 |
| U.S. DOGE SERVICE, OFF. OF MGMT and Budget | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 07/02/2025

/s/ Andrew M. Bernie
*Attorney's signature*

Andrew M. Bernie (D.C. Bar No. 995376)
*Printed name and bar number*

1100 L Street NW
Washington, D.C. 20530

*Address*

andrew.m.bernie@usdoj.gov
*E-mail address*

(202) 353-7203
*Telephone number*

*FAX number*