UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MSW MEDIA, INC. and FIRST AMENDMENT COALITION,<br>    Plaintiff,<br><br>        v.<br><br>U.S. DOGE SERVICE and OFFICE OF MANAGEMENT AND BUDGET,<br>    Defendants. | Case No. 1:25-cv-1933 |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' NOTICE OF RELATED CASE**

Yesterday, Plaintiffs filed a notice contending that this case is related to *CREW v. U.S. DOGE Serv.*, No. 1:25-cv-511 (D.D.C. filed Feb. 20, 2025) ("*CREW* case"), currently pending before Judge Cooper. ECF No. 35. Defendants respectfully submit that the two cases are not related within the meaning of Local Civil Rule 40.5(a)(3)(ii), which provides that cases are related when they involve "common issues of fact" (the basis set forth in Plaintiffs' related case notice).

In this action, two organizations seek relief under the Freedom of Information Act ("FOIA"). At issue are three FOIA requests that Plaintiffs submitted to United States DOGE Service ("USDS") in February and March 2025. Plaintiffs seek an order directing USDS to release all requested records and to accept electronic requests submitted through the FOIA.gov portal. Plaintiffs also allege that USDS and the Office of Management and Budget ("OMB") have engaged in an ongoing pattern or practice to refuse to allow electronic FOIA requests to USDS; they seek another order compelling OMB to allow such requests and requiring USDS to accept electronic requests.

To date, in addition to this case and the *CREW* case, plaintiffs in multiple distinct cases have brought claims pursuant to FOIA's cause of action, 5 U.S.C. § 552(a)(4)(B), on the theory that USDS is an "agency" subject to FOIA. In addition to this case, six of those cases are pending in the U.S. District Court for the District of Columbia. They are, chronologically: (1) *Ctr. for Biological Diversity v. OMB*, No. 1:25-cv-165 (D.D.C. filed Jan. 20, 2025) (Howell, J.); (2) *Am. Oversight v. U.S. Dep't of Gov't Efficiency*, No. 1:25-cv-409 (D.D.C. filed Feb. 11, 2025) (Howell, J.); (3) *CREW v. U.S. DOGE Serv.*, No. 1:25-cv-511 (D.D.C. filed Feb. 20, 2025) (Cooper, J.); (4) *MSW Media, Inc. v. USDS*, No. 1:25-cv-01933 (D.D.C. filed Mar. 28, 2025) (Boasberg, J.); (5) *Am. Oversight v. U.S. Dep't of Gov't Efficiency*, No. 1:25-cv-1251 (D.D.C. filed Apr. 23, 2025) (Contreras, J.); and (6) *Project on Gov't Oversight, Inc. v. U.S. DOGE Serv.*, 1:25-1295 (D.D.C. filed Apr. 28, 2025) (Howell, J.). In addition, other cases pending before this Court raises the same issue in the context of the Federal Records Act, *see POGO v. Trump*, et al, No. 25-527 (JEB) (D.D.C.) (Boasberg, J.), and the Privacy Act, *see Jackson v. Kennedy, et al.*, No. 25-1750 (Howell).

Although this case and the *CREW* case undoubtedly involve a common question of *law*—namely, whether USDS is an agency subject to FOIA—that is distinct from the "common issues of fact" encompassed by the relevant Local Rule. As the Court is well aware, Judges in this District not infrequently address legal questions that are also at issue in cases before other Judges in the District. And indeed, the question of USDS's agency status is also raised in the numerous other pending cases discussed above, including the *POGO* and *Jackson* cases pending before this Court.

To be clear, as is discussed in the joint status report that was submitted earlier today, it is Defendants' position that proceedings in this case should be stayed pending appellate resolution of certain legal issues in the *CREW* case that will likely have direct bearing on the resolution of this case. And the Government of course has no objection to proceeding in this matter (or any matter) before any Judge of this Court. But because the two cases are not related within the meaning of this Court's Local Rules, this Court should reject Plaintiffs' related case designation.

Dated: July 2, 2025                                  Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            ELIZABETH J. SHAPIRO
                                            Deputy Branch Director

                                            */s/ Andrew M. Bernie*
                                            Andrew M. Bernie
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW
                                            Washington, D.C. 20005
                                            (202) 353-7203
                                            andrew.m.bernie@usdoj.gov

                                            *Attorneys for Defendants*