**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MSW MEDIA, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-01933 (JEB) |
| | * | |
| U.S. DOGE SERVICE, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTION**
**TO PLAINTIFFS' NOTICE OF RELATED CASE**

Plaintiffs file this brief response to Defendants' objection to clarify the record. To be clear, Plaintiffs have no preference with respect to whether or not this case is designated a "related case" to *Citizens for Responsibility and Ethics in Washington v. U.S. DOGE Service*, No. 25-511. Plaintiffs filed the notice of related case because Local Rule 40.5(b)(3) explicitly required them to do so, for all of the reasons stated persuasively in Defendants' portion of the Joint Status Report.

Plaintiffs will, however, correct one misstatement in Defendants' objection. Defendants state that "whether USDS is an agency subject to FOIA" is solely a common issue of law as opposed to a common issue of fact, but this is not the common issue of fact in these two cases. The common issue of fact is whether the U.S. DOGE Service "wield[s] substantial authority independently of the President." *CREW v. Office of Admin.*, 566 F.3d 219, 222 (D.C. Cir. 2009). This is a *factual* question, not a legal question, and "whether USDS is an agency subject to FOIA" is a legal question which is determined by the answer to the factual finding.

In short, the decision to designate *CREW* as a related case is left to the sound discretion of this Court, and Plaintiffs have no preference in the matter, now that they have fulfilled their duty under the Local Rules.

Date:   July 3, 2025

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

2