UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MSW MEDIA, INC. and FIRST
AMENDMENT COALITION,
        Plaintiff,

v.

U.S. DOGE SERVICE and OFFICE OF
MANAGEMENT AND BUDGET,
        Defendants.

Case No. 1:25-cv-1933-JEB

**JOINT STATUS REPORT**

In accordance with the Court's Order dated July 3, 2025, the parties submit the following joint status report:

1. In the previous status report submitted July 3, 2025, the parties agreed generally that the Court should stay further proceedings until a final decision is rendered on the Government's challenge to the plaintiff's attempts to obtain discovery in *Citizens for Responsibility and Ethics in Washington ("CREW") v. United States DOGE Service ("USDS") et al.*, 349 F.R.D. 1 (Apr. 15, 2025) (Cooper, J.), *on Petition for Writ of Mandamus*, No. 25-5130 (D.C. Cir.). Plaintiffs, however, took the position that the stay should not encompass their planned motion to seek interim relief regarding retention of certain alleged records.

2. The parties have conferred further. Although Defendants anticipate that they will oppose Plaintiffs' contemplated motion on procedural and substantive grounds, Defendants do not object to this Court allowing Plaintiffs to file the motion and this Court deciding the motion once it is fully briefed. A proposed stay order reflecting this agreement is attached.

1

Dated: July 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Andrew M. Bernie*
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-7203
andrew.m.bernie@usdoj.
*Attorneys for Defendants*

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Attorney for Plaintiffs*