UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MSW MEDIA, INC. and FIRST
AMENDMENT COALITION,

      Plaintiff,

v.

U.S. DOGE SERVICE and OFFICE OF
MANAGEMENT AND BUDGET,

      Defendants.

Case No. 1:25-cv-1933-JEB

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION TO PARTIALLY STAY PROCEEDINGS**

It is hereby, ORDERED that:

1. Except as set forth in paragraph 2, all further proceedings in this case are hereby STAYED until a final decision is rendered on the Government's challenge to the plaintiff's attempts to obtain discovery in *Citizens for Responsibility and Ethics in Washington ("CREW") v. United States DOGE Service ("USDS") et al.*, 349 F.R.D. 1 (Apr. 15, 2025) (Cooper, J.), *on Petition for Writ of Mandamus*, No. 25-5130 (D.C. Cir.), including any Supreme Court review.

2. Notwithstanding paragraph 1, Plaintiffs may file the motion referenced in the parties' July 2, 2025 status report, concerning retention of certain alleged records. Plaintiffs shall file that motion on or before July 21

IT IS SO ORDERED.

Dated: July __, 2025

                                                                                 _____
                                                                                 Hon. James E. Boasberg
                                                                                 U.S. District Judge