**Kel McClanahan, Esq.**

| | |
|---|---|
| **From:** | Bernie, Andrew (CIV) <Andrew.Bernie@usdoj.gov> |
| **Sent:** | Wednesday, July 16, 2025 2:04 PM |
| **To:** | kelnationalsecurityl (Vendor) |
| **Cc:** | Shapiro, Elizabeth (CIV); Bernie, Andrew (ENRD) |
| **Subject:** | RE: [EXTERNAL] RE: Activity in Case 1:25-cv-01933-JEB MSW MEDIA, INC. et al v. UNITED STATES DOGE SERVICE Order |

Kel,

I am not in a position to make any representation regarding your question at this time. I have told you that our position is that Elon Musk has never been an employee of either Defendant in this case and that Defendants are in full compliance with their preservation obligations. If you are unsatisfied with this statement of our position, you are entitled to file your motion and we will file an appropriate response.

Andrew

**Andrew M. Bernie**
Civil Division
Federal Programs Branch
202-353-7203
andrew.bernie@usdoj.gov

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Wednesday, July 16, 2025 1:45 PM
**To:** Bernie, Andrew (CIV) <Andrew.Bernie@usdoj.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Bernie, Andrew (ENRD) <Andrew.M.Bernie@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Activity in Case 1:25-cv-01933-JEB MSW MEDIA, INC. et al v. UNITED STATES DOGE SERVICE Order

To be clear, I did not ask your position, I asked if you would tell me if the US Government currently has possession of the cell phone used by Elon Musk when he was an SGE. Please confirm that you are refusing to answer this question.

---
*Please note our new contact information below.*

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org

1

Ex. A

501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

---

**From:** Bernie, Andrew (CIV) <Andrew.Bernie@usdoj.gov>
**Sent:** Wednesday, July 16, 2025 11:44 AM
**To:** kelnationalsecurityl (Vendor) <kel@nationalsecuritylaw.org>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Bernie, Andrew (ENRD) <Andrew.M.Bernie@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Activity in Case 1:25-cv-01933-JEB MSW MEDIA, INC. et al v. UNITED STATES DOGE SERVICE Order

Kel,

Our position is that Defendants have complied and are complying with all preservation-related obligations so I think you need to go ahead and file the motion. If you would like a reasonable extension of time to do so, we would be amenable to that.

Best,
Andrew

**Andrew M. Bernie**
Civil Division
Federal Programs Branch
202-353-7203
andrew.bernie@usdoj.gov

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Wednesday, July 16, 2025 9:54 AM
**To:** Bernie, Andrew (CIV) <Andrew.Bernie@usdoj.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Bernie, Andrew (ENRD) <Andrew.M.Bernie@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Activity in Case 1:25-cv-01933-JEB MSW MEDIA, INC. et al v. UNITED STATES DOGE SERVICE Order
**Importance:** High

I need an answer please. If I have to write this brief I need to start.

---
*Please note our new contact information below.*

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

---

**From:** Bernie, Andrew (CIV) <Andrew.Bernie@usdoj.gov>
**Sent:** Friday, July 11, 2025 10:18 AM
**To:** kelnationalsecurityl (Vendor) <kel@nationalsecuritylaw.org>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Bernie, Andrew (ENRD) <Andrew.M.Bernie@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Activity in Case 1:25-cv-01933-JEB MSW MEDIA, INC. et al v. UNITED STATES DOGE SERVICE Order

Kel,

We can meet and confer before you file your motion but, for purposes of today's filing, I think the only question is the scope of the stay and we are in agreement that the motion Plaintiffs are contemplating can be carved out of the stay. So with that in mind, can I file the JSR and proposed order after adding in the 21st (and can I add your signature to the JSR?)?

Andrew

**Andrew M. Bernie**
Civil Division
Federal Programs Branch
202-353-7203
andrew.bernie@usdoj.gov

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Friday, July 11, 2025 10:14 AM
**To:** Bernie, Andrew (CIV) <Andrew.Bernie@usdoj.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Bernie, Andrew (ENRD) <Andrew.M.Bernie@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Activity in Case 1:25-cv-01933-JEB MSW MEDIA, INC. et al v. UNITED STATES DOGE SERVICE Order

Whether or not he was not a USDS employee is a hotly contested point in this case. Please get me the answer to the question ASAP so we can see if we have to brief this at all. If they have all the records already and are retaining them, then no interim relief is needed.

As for your drafts, you can make my motion due on the 21st to give us a chance to work it out before I have to start working on the motion.

---

**Please note our new contact information below.**

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

---

**From:** Bernie, Andrew (CIV) <Andrew.Bernie@usdoj.gov>
**Sent:** Thursday, July 10, 2025 3:19 PM
**To:** kelnationalsecurityl (Vendor) <kel@nationalsecuritylaw.org>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Bernie, Andrew (ENRD) <Andrew.M.Bernie@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Activity in Case 1:25-cv-01933-JEB MSW MEDIA, INC. et al v. UNITED STATES DOGE SERVICE Order

Hi Kel,

Thanks for this follow up. Regarding your question, I don't know the answer and I would note that Mr. Musk was not a USDS or OMB employee. We can discuss this further but for purposes of tomorrow's JSR and proposed order Judge Boasberg has directed, we don't object to your contemplated motion being carved out from the stay with the obvious caveat that this is without prejudice to our right to oppose the motion on any ground.

Attached is a draft JSR and proposed order. Please let me know your thoughts. Note that there is a placeholder in the proposed order for you to indicate when you'd like to file your motion.

Andrew

**Andrew M. Bernie**
Civil Division
Federal Programs Branch
202-353-7203
andrew.bernie@usdoj.gov

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Thursday, July 10, 2025 1:43 PM

**To:** Bernie, Andrew (CIV) <Andrew.Bernie@usdoj.gov>
**Subject:** [EXTERNAL] RE: Activity in Case 1:25-cv-01933-JEB MSW MEDIA, INC. et al v. UNITED STATES DOGE SERVICE Order

Hi Andrew, what are we going to do in this case? Does the government agree that a motion for a protective order (if necessary) is not affected by the stay, like it did when we were in California?

On that note, we also need to talk about whether that will be necessary in the first place. A kind of threshold question would be, was the cell phone that Musk used for official business (the number he gave out to other officials) a government-issued phone that the government continues to have possession of, or was it a non-government device? Just the answer to that would make figuring out how to proceed much easier for all parties.

---
*Please note our new contact information below.*

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Thursday, July 3, 2025 12:47 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:25-cv-01933-JEB MSW MEDIA, INC. et al v. UNITED STATES DOGE SERVICE Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 7/3/2025 at 12:46 PM and filed on 7/3/2025
**Case Name:**	MSW MEDIA, INC. et al v. UNITED STATES DOGE SERVICE
**Case Number:**	1:25-cv-01933-JEB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: Having reviewed the parties' [37] Joint Status Report, the Court ORDERS that the parties shall confer regarding the proper scope of any stay and submit a further JSR with a proposed stay order by July 11, 2025. So ORDERED by Chief Judge James E. Boasberg on July 3, 2025. (lcjeb3)**


**1:25-cv-01933-JEB Notice has been electronically mailed to:**

Kelly Brian McClanahan    kel@nationalsecuritylaw.org, ecf@nationalsecuritylaw.org, neocount@recap.email, rregnier@firstamendmentcoalition.org

Andrew Marshall Bernie    andrew.m.bernie@usdoj.gov

**1:25-cv-01933-JEB Notice will be delivered by other means to::**