# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC., *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 1:25-cv-01933 (JEB) |
| U.S. DOGE SERVICE, *et al.*, | * |
| Defendants. | * |

## ORDER

UPON CONSIDERATION OF Plaintiff's Motion for Preservation Order, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Defendant United States Digital Service shall immediately make copies of any records potentially responsive to Count 3 of this action that it does not already possess; and

**FURTHER ORDERED** that Defendant United States Digital Service shall preserve from destruction copies of all records potentially responsive to Count 3 of this action; and

**FURTHER ORDERED** that Defendant United States Digital Service shall inform the Court that it has complied with this order no later than seven (7) days after the date of issuance.

_____
James E. Boasberg
United States Chief District Judge