UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MSW MEDIA, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-01933 (JEB) |
| | * | |
| U.S. DOGE SERVICE, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff First Amendment Coalition respectfully draws the Court's attention to today's opinion in *Does v. Musk*, No. 25-462 (D. Md.), in which Judge Chuang finds not once but twice that the plaintiffs had sufficiently alleged that Elon Musk ("Musk") was in charge of the United States DOGE Service ("USDS"), referred to in that case as the "Department of Government Efficiency" or "DOGE," as follows:

- "Musk, assisted by *his DOGE subordinates*, 'continued to exercise control over USAID systems . . . to systematically block access to all systems by USAID personnel.'" Mem. Op. at 6 (filed Aug. 13, 2025), *Does 4, 7, 22, 27, 28, & 29 v. Musk*, No. 25-462 (D. Md.), *available at* https://storage.courtlistener.com/recap/gov.uscourts.mdd.576293/gov.uscourts.mdd.576293.150.0.pdf (last accessed Aug. 13, 2025) (emphasis added).

- "Collectively, these allegations support the inference that, as *the* de facto *administrator of DOGE at the time*, Musk directed these actions." *Id.* at 42 (emphasis added).

Taken together, these findings, while not dispositive on the substantive merits of this case by themselves, constitute sufficient authority for the purposes of this Motion for Plaintiff's position that Musk was, for at least some of the relevant time period, a USDS employee, and that as a result this Court should order the Government to obtain—if necessary—and preserve records from the electronic device(s) on which he conducted official USDS business.

Date:   August 13, 2025

                                                Respectfully submitted,

                                                <u>/s/ Kelly B. McClanahan</u>
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*