UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC. and FIRST AMENDMENT COALITION,<br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DOGE SERVICE and OFFICE OF MANAGEMENT AND BUDGET,<br>　　　　Defendants. | Case No. 1:25-cv-1933-JEB |

# NOTICE

Pursuant to the Court's August 28 Order, Defendants respectfully submit the attached declaration informing the Court of the steps it has taken to comply with the Court's preservation order. *See* ECF No. 46 at 7

Dated: September 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Andrew M. Bernie*
Andrew M. Bernie
Trial Attorney
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
andrew.bernie@usdoj.gov
*Attorneys for Defendants*

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MSW MEDIA, INC. AND FIRST AMENDMENT COALITION, PLAINTIFF, <br><br> V. <br><br> U.S. DOGE SERVICE AND OFFICE OF MANAGEMENT AND BUDGET, DEFENDANTS. | CASE NO. 1:25-CV-1933-JEB |

**DECLARATION OF ROBERT EISENHAUER**

1. My name is Robert Eisenhauer. The following is based on my personal knowledge or information provided to me in the course of performing my duties at the Executive Office of the President (EOP).

2. I am currently on detail to serve as the Director of White House Information Technology. The role was originally established in 2015 by Presidential Memorandum as the senior officer responsible for the information resources and information systems provided to the President, Vice President, and the EOP.

3. Elon Musk joined the White House Office as a Senior Advisor to the President on January 20, 2025. He served in that position until he resigned effective May 28, 2025, at which time he departed the Government.

4. Upon joining the White House Office, Mr. Musk was provided with both an EOP issued, government cell phone (202.881.5010) and laptop, hereinafter referred to as "EOP phone" or collectively as "EOP devices."

5. Mr. Musk was not an employee of the United States DOGE Service (USDS) and was not issued a phone from USDS, or any other electronic equipment from USDS.

6. The White House Office has taken all necessary steps to preserve all White House Office records consistent with its obligations under the Presidential Records Act (PRA).

7. Written communications on EOP devices are captured. EOP phones are configured to not allow for written communications other than email. The default email application used by

EOP devices is Microsoft Outlook for computers and the native Apple mail application for all iOS devices. All emails sent using the default application, whether from a phone or from a laptop, are captured in Exchange. Because of the requirements under the Presidential Records Act, the retention policy for all EOP employees, including the White House Office, is set to permanent.

8. Mr. Musk's EOP phone was not granted any exceptions for written communications (e.g., texting, Signal) other than email.

9. Upon his departure Mr. Musk's EOP phone and laptop were returned to the government.

10. I can confirm that all records of all communications created or received on his EOP devices have been preserved.

*****

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 11th day of September.

Eisenhauer, Robert J. 1415697
Digitally signed by Eisenhauer, Robert J. 1415697
Date: 2025.09.11 17:37:07 -04'00'

Robert Eisenhauer

2