UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC., *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. 1:25-cv-01933 (JEB) |
| U.S. DOGE SERVICE, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Motion to Compel, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
James E. Boasberg
United States Chief District Judge