## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MSW MEDIA, INC., *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DOGE SERVICE, *et al.* <br><br> *Defendants*. | Civil Action No. 1:25-cv-01933 (JEB) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of Court will please substitute Mr. Andrew M. Bernie with the undersigned, Christian Dibblee, Trial Attorney in the Federal Programs Branch of the Civil Division of the United States Department of Justice, as counsel for Defendants in this matter.

Dated:  December 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Christian Dibblee*
Christian Dibblee (D.C. Bar. No. 90002557)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 353-5980
christian.r.dibblee@usdoj.gov

*Counsel for Defendants*