THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DOGE SERVICE, *et al.*,<br><br>  Defendants. | Civil Action No. 1:25-cv-01933-JEB |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Defendants' Motion For Extension of Time To Respond, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Defendants will respond to Plaintiffs' Motion to Compel, ECF No. 48, by December 15, 2025.

**SO ORDERED**.

DATED this __ day of December, 2025.

                                                                                                                                                                            _____
                                                                                                                                                                            Hon. James E. Boasberg
                                                                                                                                                                            United States District Judge