UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DOGE SERVICE, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-01933 (JEB) |

**[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL RECONSIDERATION**

Upon consideration of Defendants' motion for partial reconsideration of this Court's February 3, 2026, minute order it is hereby

ORDERED that Defendants' motion is GRANTED.

**SO ORDERED**.


DATE: _____                    _____
                                            Hon. James E. Boasberg
                                            United States District Judge