**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MSW MEDIA, INC., *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action No. 1:25-cv-01933 (JEB) |
| | * |
| U.S. DOGE SERVICE, *et al.*, | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION OF Defendants' Motion for Partial Reconsideration of the Court's February 3, 2026 Minute Order, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Defendants' Motion is **DENIED**.

_____
James E. Boasberg
United States Chief District Judge