UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DOGE SERVICE, et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-01933 (JEB) |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR PARTIAL RECONSIDERATION**

Defendant United States DOGE Service (USDS) submits this reply in support of its Motion for Partial Reconsideration, *see* ECF No. 54 (Mot.), and in response to Plaintiff First Amendment Coalition's opposition to that motion, *see* ECF No. 56 (Opp.). In short, Plaintiff has not proffered any persuasive reason against reconsideration of the Court's Minute Order requiring inquiries to be made of Senators.

Plaintiff suggests that USDS has created "a problem of its own making" by failing to take any alternative efforts to locate Elon Musk's phone number. *Id.* at 2. Of course, as Plaintiff acknowledges, USDS has certified its compliance with the portion of the Court's Minute Order that required an inquiry of Secretary Duffy and will be filing a notice of that compliance simultaneously with this reply. *See id.* at 2 n.1. Moreover, although Plaintiff suggests that USDS "could have stated that it was searching USDS records," *id.* at 2, such a search would essentially concede that USDS is an "agency" subject to the Freedom of Information Act, a question that remains unresolved.

Plaintiff also accuses USDS of interpreting the Court's Minute Order in "an irrational and

hyperbolic manner." *Id.* at 3.  With respect to the Court, USDS does not think it misunderstands the directive or import of the Court's Minute Order, which requires the Executive Branch to request information from the Legislative Branch because that information might be relevant to a FOIA request.  As USDS explained in its Motion, such an order raises special concerns given Congress's decision to exclude itself from FOIA and risks setting a novel precedent that future FOIA requesters can exploit to impose inter-branch investigative obligations on the Executive in response to a FOIA request.  *See* Mot. at 2.

The opposition ends with the assertion that USDS should be ordered to ask Senators about their recollections because "only USDS knows what Senators" were in meetings last year with Musk. *Id.* at 4.  But the Court did not order an internal investigation into which senators attended the meeting.  USDS has instead identified the names of Senators who attended the March 5, 2025, meeting at issue through the article that Plaintiff cites in the Amended Complaint.  *See* ECF No. 13 ¶ 38.  Plaintiff suggests no other method that USDS should take, and even if it did, further efforts would require undue speculation on USDS's part or would risk the kind of far-reaching investigation that FOIA does not countenance.  Moreover, Plaintiff says that it should not be ordered to send inquiries to Senators given that they are more likely to read "a formal inquiry from an agency in the White House or the United States Department of Justice." Opp. 4.  But that is precisely why the Court should reconsider part of its Minute Order.  The special relationship between "co-equal branches of government," *id.*, is exactly why the Judiciary has been reluctant to insert itself into information exchanges between Congress and the Executive.  *See* Mot. at 1–2.  To the extent the Court's Minute Order would leverage that relationship for Plaintiff's gain, USDS respectfully submits that the Minute Order should be reconsidered.

USDS accordingly requests that the Court grant the pending Motion for Partial

Reconsideration and require USDS to make inquiries only of Secretary Duffy (as it has done already).

Dated: February 23, 2026                                    Respectfully submitted,

                                                   BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch, Civil Division

/s/ *Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*