UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DOGE SERVICE, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-01933 (JEB) |

**DEFENDANTS' STATUS REPORT AND MOTION FOR EXTENSION OF TIME**

As ordered by this Court in its Minute Order dated February 2, 2026, Defendants submit this status report on their efforts to make a good-faith inquiry of Secretary Duffy. Defendants also respectfully request an extension of time in which to comply with the portion of that Minute Order regarding inquiries to Senators (and to provide a status report to that effect) until the Court rules on the pending motion to reconsider that part of the Minute Order.

1. In its Minute Order, the Court ordered Defendants to "make a good-faith inquiry of Secretary Duffy" regarding his record and recollection of "any telephone number(s) that Elon Musk gave to [him] between January 20 and May 31, 2025." Defendants report that the Department of Justice transmitted a letter to Secretary Duffy on February 9 informing him of the Court's Minute Order and making the inquiry required by that Order. The letter is attached hereto as Exhibit 1. As of this writing, the Department of Justice has yet to receive a response from Secretary Duffy to the letter.

2. This Court also ordered the Defendants to make inquiries of "applicable Senators" regarding their records and recollection of any telephone numbers offered by Elon Musk. Minute Order (Feb. 2, 2026). Defendants have subsequently filed a motion to reconsider that portion of

the Minute Order. *See* ECF No. 55. That motion is now fully briefed. Accordingly, Defendants request an extension of time in which to report compliance with that portion of the Court's Minute Order until the Court rules on the pending motion for reconsideration. A proposed order to that effect is attached. Defendants also request that, if the Court is inclined to deny the motion for reconsideration, they be required to submit a status report within 14 days apprising the Court of their inquiries of Senators and any results of those inquiries. Plaintiffs have informed undersigned counsel that they take no position on this motion.

Dated: February 23, 2026                    Respectfully submitted,

                                                           BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch, Civil Division

/s/ *Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*