**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MSW MEDIA, INC., et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:25-cv-01933 (JEB) |
| U.S. DOGE SERVICE, et al., | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Defendants' motion for an extension of time in which to comply with this Court's Minute Order dated February 3, 2026, it is hereby

ORDERED that Defendants' motion is GRANTED.  Defendants' previous obligation to make inquiries of applicable Senators and to file a status report regarding their efforts is reset until 14 days after the Court rules on ECF No. 55, Defendants' motion for reconsideration of that portion of the February 3 Minute Order.

**SO ORDERED**.

DATE: _____

_____
Hon. James E. Boasberg
United States District Judge