**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MSW MEDIA, INC., et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:25-cv-01933 (JEB) |
| U.S. DOGE SERVICE, et al., | |
| *Defendants*. | |

**DEFENDANT'S STATUS REPORT**

As ordered by this Court in its Minute Order dated February 2, 2026, and its Order dated March 19, 2026, Defendant United States Doge Service (USDS) submits this status report on its compliance with the Court's Preservation Order, ECF No. 46.

1.      In the February 2 Minute Order, the Court ordered USDS to "make a good-faith inquiry of Secretary Duffy" regarding his record and recollection of "any telephone number(s) that Elon Musk gave to [him] between January 20 and May 31, 2025." As previously reported, the Department of Justice transmitted a letter to Secretary Duffy on February 9. That letter informed Secretary Duffy of the Court's Minute Order and made the inquiry required by that Order and the Court's March 19 Order. The letter is on the case docket as ECF No. 60-1. As of this filing, the Department of Justice has not received a response.

2.      In its March 19 Order, this Court also ordered USDS to "[r]eview [its] devices and records to identify any telephone number(s) Elon Musk may have used to communicate with government officials between January 20 and May 31, 2025[.]" ECF No. 61 at 4. Elon Musk was an employee of the White House Office, not USDS. USDS nonetheless has conducted a search of electronically stored information (ESI) in its possession. It has also searched the phone contacts

for 13 USDS custodians.

To search the ESI, USDS searched all records within its ESI database from all USDS custodians within the date range specified by the Court using the following search string: ("Elon" OR "Musk") /3 ("phone" OR "cell" OR "number").  USDS then removed duplicates and system files that appear as email attachments but contain no readable information.  USDS also removed family attachments—in other words, attachments in a group containing at least one responsive document—that did not themselves contain hits responsive to the search string.  Finally, USDS removed emails from newsletter domains.[1]  The resulting set of documents numbered 201, which an attorney reviewed for responsiveness to the Court's order.  None of those documents identified any telephone number(s) that Elon Musk may have used to communicate with government officials between January 20 and May 31, 2025.

To search the contacts, USDS leadership identified individuals that either might plausibly have communicated with Elon Musk by phone or were in leadership from January–May 2025 and are still at USDS now.  USDS searched the Outlook contacts of those individuals from January– May 2025 for "Elon" OR "Musk."  Under the Executive Office of the President's technology policies, additions to "All Contacts" on a phone will back up to Outlook. The search described above returned no hits.

USDS therefore reports that it took the efforts described above and that those efforts did not reveal any telephone number responsive to the Court's Preservation Order.  As USDS noted earlier in the litigation, the Executive Office of the President (EOP) has already preserved all records associated with the phone number issued to Musk by the White House Office.  *See* Decl.

---

[1] The exact newsletter domains removed are nytdirect@nytimes.com; info@emails.huffpost.com; thebulwark+pressparr@substack.com; and nightcap@newsletters.cnn.com.

of Robert Eisenhauer ¶ 4, ECF No. 47.

Dated: April 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch, Civil Division

/s/ *Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*