**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MSW MEDIA, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-01933 (JEB) |
| | * | |
| U.S. DOGE SERVICE, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN**
**WHICH TO FILE THEIR RESPONSE TO DEFENDANTS' STATUS REPORT**

NOW COME Plaintiffs to request a one-day extension, until 14 April 2026, of the

deadline for filing their response to the Status Report filed by Defendants on 3 April 2026.

Plaintiffs intend to attach a declaration from an information technology expert explaining the

infirmities in Defendants' methodology, but that expert is unexpectedly unable to complete and

sign the declaration until tomorrow.

This is the first extension requested for this filing. Defendants do not oppose this Motion.

A proposed Order accompanies this Motion.

Date:   April 13, 2026                    Respectfully submitted,

                                          /s/ Kelly B. McClanahan
                                          Kelly B. McClanahan, Esq.
                                          D.C. Bar #984704
                                          National Security Counselors
                                          1451 Rockville Pike
                                          Suite 250
                                          Rockville, MD  20852
                                          501-301-4672
                                          240-681-2189 fax
                                          Kel@NationalSecurityLaw.org

                                          *Counsel for Plaintiffs*