**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MSW MEDIA, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-01933 (JEB) |
| | * | |
| U.S. DOGE SERVICE, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION OF Plaintiffs' Unopposed Motion for Enlargement of Time

Within Which to File Their Response to Defendants' Status Report, and the entire record herein,

it is this _____ day of _____, 2026,

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

_____
James E. Boasberg
United States Chief District Judge