**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MSW MEDIA, INC., *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *    Civil Action No. 1:25-cv-01933 (JEB) |
| | * |
| U.S. DOGE SERVICE, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ERRATA

In their response to Defendants' Status Report, Dkt. #64, Plaintiffs cited to "Ex. B at 1"

in the second paragraph. This citation was an artifact of an earlier draft in which the article was

attached as an exhibit. That citation should read: Kornfield, *New disclosures reveal how DOGE*

*actually worked*.

Date:   April 15, 2026                   Respectfully submitted,

                                 /s/ Kelly B. McClanahan
                                Kelly B. McClanahan, Esq.
                                D.C. Bar #984704
                                National Security Counselors
                                1451 Rockville Pike
                                Suite 250
                                Rockville, MD  20852
                                501-301-4672
                                240-681-2189 fax
                                Kel@NationalSecurityLaw.org

                                *Counsel for Plaintiffs*